UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 06-76-DLB-JGW**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

vs.                                        <u>**ORDER**</u>

**REUBEN B. HICKS**                                                               **DEFENDANT**

\*    \*    \*    \*    \*    \*    \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of thirty (30) months, with no supervised release to follow. (Doc. # 65). In the R&R, Magistrate Judge Wehrman finds that Defendant committed the first three violations contained in the initial violation report, and that Defendant admitted to the fourth. (*See id.* at 3).

The Court notes that the R&R is now ripe for the Court's consideration as no objections have been filed and the time to do so has expired. Having reviewed the R&R, the Court concludes that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

      **IT IS ORDERED** as follows:

      (1)    The Magistrate Judge's Report and Recommendation (Doc. # 65) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **THIRTY (30) MONTHS**, with no supervised release to follow;

(5)     While in the custody of the Bureau of Prisons, the Court recommends that the Defendant participate in the 500 Hour RDATP Program if he is eligible; and

(6)     A Judgment shall be entered contemporaneously herewith.

This 13th day of December, 2012.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-76 Order Adopting R&R.wpd